IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS ANTHONY MURCIA,  )  <br>            Petitioner,  )  <br>    v.  )  <br> JOHN HAVILAND, Warden,  )  <br>            Respondent.  )  <br> _____ ) | No. C 09-3866 MMC (PR)  <br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE AMENDED PETITION**  <br><br>**(Docket No. 11)** |

Good cause appearing, petitioner's second request for an extension of time in which to file an amended petition is GRANTED. If petitioner wishes to file an amended petition he must do so on or before **August 25, 2011**. All other provisions of the Court's Order of May 20, 2011 remain in effect.

This order terminates Docket No. 11.

IT IS SO ORDERED.

DATED: July 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge