**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS ANTHONY MURCIA, | No. C 09-3866 MMC (PR) |
| Petitioner, | **ORDER GRANTING THIRD EXTENSION OF TIME TO FILE AMENDED PETITION** |
| v. | |
| JOHN HAVILAND, Warden, | **(Docket No. 13)** |
| Respondent. | |

Good cause appearing, petitioner's third request for an extension of time in which to file an amended petition is GRANTED. If petitioner wishes to file an amended petition he must do so on or before **September 23, 2011**. No further extensions of time to file the amended petition will be granted. All other provisions of the Court's Order of May 20, 2011 remain in effect.

This order terminates Docket No. 13.

IT IS SO ORDERED.

DATED: August 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge