United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIS ANTHONY MURCIA,<br>       Petitioner,<br>   v.<br>JOHN HAVILAND, Warden,<br>       Respondent.<br>_____ | No. C 09-3866 MMC (PR)<br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br>**(Docket No. 20)** |

GOOD CAUSE APPEARING, petitioner's request for an extension of time to file an opposition to respondent's motion to dismiss is hereby GRANTED. Petitioner shall file his opposition on or before February 13, 2012. Respondent shall file a reply within **fifteen (15)** days of the date the opposition is filed.

This order terminates Docket No. 20.

IT IS SO ORDERED.

DATED: January 24, 2012

_____
MAXINE M. CHESNEY
United States District Judge