IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELVIS ANTHONY MURCIA,

        Petitioner,

  v.

RICK HILL, Warden,

        Respondent.
                                     /

No. CV-09-3866 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Respondent's motion to dismiss the instant petition as untimely is hereby GRANTED.

Dated: April 16, 2012

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk